UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:   AVILA, PEDRO | § | Case No. 09-43897 |
|         AVILA, SONIA A | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>GLENN R. HEYMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 05/26/2011 in Courtroom 682, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>04/15/2011</u>     By:    <u>/s/Glenn R. Heyman</u>
                                                Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: AVILA, PEDRO<br>      AVILA, SONIA A<br><br>Debtor(s) | § Case No. 09-43897<br>§<br>§<br>§ |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $    45,000.65

*and approved disbursements of*      $    34,841.88

*leaving a balance on hand of* [1]      $    10,158.77

**Balance on hand:**      $    10,158.77

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    10,158.77

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 3,750.06 | 0.00 | 3,750.06 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 3,249.50 | 0.00 | 3,249.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 63.71 | 0.00 | 63.71 |

Total to be paid for chapter 7 administration expenses:    $    7,063.27
Remaining balance:    $    3,095.50

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,095.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,095.50

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,139.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for Target | 859.08 | 0.00 | 67.94 |
| 2 | Chase Bank USA, N.A. | 1,965.69 | 0.00 | 155.46 |
| 3 | Chase Bank USA, N.A. | 5,081.13 | 0.00 | 401.86 |
| 4 | Chase Bank USA, N.A. | 9,949.02 | 0.00 | 786.85 |
| 5 | Chase Bank USA, N.A. | 5,261.21 | 0.00 | 416.10 |
| 6 | Capital Recovery III LLC | 1,056.04 | 0.00 | 83.52 |
| 7 | GE Money Bank | 618.71 | 0.00 | 48.93 |
| 8 | Cavalry Portfolio Services, LLC | 14,349.07 | 0.00 | 1,134.84 |

Total to be paid for timely general unsecured claims: $ 3,095.50
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                            United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                              Case No. 09-43897-JBS
Pedro Avila                                                         Chapter 7
Sonia A Avila
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0752-1         User: ccabrales            Page 1 of 2             Date Rcvd: Apr 15, 2011
                             Form ID: pdf006            Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2011.
db/jdb        +Pedro Avila,   Sonia A Avila,    5515 South Merrimac Street,    Chicago, IL 60638-2532
aty           +Glenn R Heyman,   Crane Heyman Simon Welch & Clar,   135 South Lasalle Ste 3705,
                Chicago, IL 60603-4101
aty           +Loren B Siegel,   Loren B Siegel & Associates LLC,    200 North LaSalle St Ste 2657,
                Chicago, IL 60601-1014
aty           +Salvador Gutierrez,   Law Offices of Peter Francis Geraci,    55 E Monroe Ste 3400,
                Chicago, IL 60603-5920
tr            +Glenn R Heyman, ESQ,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
                Chicago, IL 60603-4101
14745362     ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
              (address filed with court:   Washington Mutual Card Svcs.,    Bankruptcy Department,   PO Box 660487,
                Dallas, TX 75266)
14745357      +CMRE Financial Services, Inc.,    Bankruptcy Department,    3075 E. Imperial Hwy., #200,
                Brea, CA 92821-6753
14745347      +Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,    Richmond, VA 23285-5520
14745341      +Carson Pirie Scott,   Attn: Bankruptcy Dept.,    Po Box 15521,   Wilmington, DE 19850-5521
14745363       Cavalry Investments, Inc.,   Bankruptcy Department,    PO Box 27288,   Tempe, AZ 85285-7288
16381665      +Cavalry Portfolio Services, LLC,   7 Skyline Drive, Third Floor,    Hawthorne, NY 10532-2156
14745342      +Chase,   Attn: Bankruptcy Dept.,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
16096228       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14745336      +Collection Company OF,   Attn: Bankruptcy Dept.,    700 Longwater Dr,   Norwell, MA 02061-1796
14745359      +Collection Company of America,   Bankruptcy Department,    700 Longwater Dr.,
                Norwell, MA 02061-1624
14745355      +Countrywide/BAC Home,   Attn: Bankruptcy Dept.,    450 American St,   Simi Valley, CA 93065-6285
14745354      +HSBC,   Attn: Bankruptcy Dept.,   Po Box 5253,    Carol Stream, IL 60197-5253
14745352      +Home Depot,   Attn: Bankruptcy Dept.,   Po Box 6497,   Sioux Falls, SD 57117-6497
14745356       MacNeal Hospital,   Bankruptcy Department,   75 Remittance Dr., Ste. 1209,
                Chicago, IL 60675-1209
14745340      +Macy's,   Attn: Bankruptcy Dept.,   9111 Duke Blvd,   Mason, OH 45040-8999
14745361      +Merchants Credit Guide Co.,   Bankruptcy Department,    223 W. Jackson Blvd., Ste. 900,
                Chicago, IL 60606-6912
14745360      +Metropolitan Advanced Rad. Svc,   Bankruptcy Department,    1362 Paysphere Circle,
                Chicago, IL 60674-0001
14745346      +Sears,   Attn: Bankruptcy Dept.,   Po Box 6189,   Sioux Falls, SD 57117-6189
14745337      +Sears/CBSD,   Attn: Bankruptcy Dept.,   Po Box 6189,    Sioux Falls, SD 57117-6189
14745339      +Target,   Attn: Bankruptcy Dept.,   Po Box 673,   Minneapolis, MN 55440-0673
14745358      +Trace Ambulance Service,   Attn: Bankruptcy Department,    8400 183rd Pl,
                Tinley Park, IL 60487-6222
14745343      +Wffnatbank,   Attn: Bankruptcy Dept.,   Po Box 94498,    Las Vegas, NV 89193-4498
14745338      +Wfnnb/Roomplace,   Attn: Bankruptcy Dept.,   Po Box 2974,    Shawnee Mission, KS 66201-1374

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: rpstrojny@yahoo.com Apr 15 2011 22:07:28     Ronald P Strojny, Jr,
                Law Office of Ronald P Strojny,   5839 W 35th Street,    Cicero, IL 60804-4255
16030797       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 16 2011 00:10:08
                American Infosource Lp As Agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
16228691       E-mail/PDF: rmscedi@recoverycorp.com Apr 16 2011 00:15:18      Capital Recovery III LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16362465       E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2011 00:24:40      GE Money Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
14745351      +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2011 00:15:11      GEMB/SAMS CLUB,
                Attn: Bankruptcy Dept.,   Po Box 981400,    El Paso, TX 79998-1400
14745350      +E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2011 00:15:10      JC Penney,   Attn: Bankruptcy Dept.,
                Po Box 984100,   El Paso, TX 79998-4100
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Glenn R Heyman, ESQ,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
                Chicago, IL 60603-4101
14745349*     +CHASE,   Attn: Bankruptcy Dept.,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14745345*     +Chase,   Attn: Bankruptcy Dept.,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14745348*     +Chase,   Attn: Bankruptcy Dept.,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14745353*     +Chase,   Attn: Bankruptcy Dept.,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14745344*     +Macy's,   Attn: Bankruptcy Dept.,   9111 Duke Blvd,   Mason, OH 45040-8999
                                                                                            TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: ccabrales            Page 2 of 2            Date Rcvd: Apr 15, 2011
                              Form ID: pdf006            Total Noticed: 34

                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 17, 2011**                        **Signature:**    *Joseph Speetjens*