**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: AVILA, PEDRO | § Case No. 09-43897 |
| AVILA, SONIA A | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                    Assets Exempt: $45,255.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,670.48     Claims Discharged
                                               Without Payment: $80,514.29

Total Expenses of Administration: $22,330.33

---

    3) Total gross receipts of $ 45,000.81 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $30,000.81 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $267,500.00 | $4,574.82 | $4,574.82 | $4,574.82 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 22,330.33 | 22,330.33 | 22,330.33 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 81,482.00 | 39,139.95 | 39,139.95 | 3,095.66 |
| **TOTAL DISBURSEMENTS** | $348,982.00 | $66,045.10 | $66,045.10 | $30,000.81 |

4) This case was originally filed under Chapter 7 on November 19, 2009. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/15/2011          By: /s/GLENN R. HEYMAN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury lawsuit | 1129-000 | 45,000.00 |
| Interest Income | 1270-000 | 0.81 |
| **TOTAL GROSS RECEIPTS** | | **$45,000.81** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Pedro Avila | Personal Injury Exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Countrywide/BAC Home | 4110-000 | 267,500.00 | N/A | N/A | 0.00 |
| | SeaBright Insurance Company | 4210-000 | N/A | 3,239.09 | 3,239.09 | 3,239.09 |
| | Laborer's Health and Welfare Fund | 4210-000 | N/A | 1,335.73 | 1,335.73 | 1,335.73 |
| **TOTAL SECURED CLAIMS** | | | **$267,500.00** | **$4,574.82** | **$4,574.82** | **$4,574.82** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 3,750.06 | 3,750.06 | 3,750.06 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 3,249.50 | 3,249.50 | 3,249.50 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 63.71 | 63.71 | 63.71 |
| Loren B. Siegel & Associates LLC | 3210-600 | N/A | 15,000.00 | 15,000.00 | 15,000.00 |
| Loren B. Siegel & Associates LLC | 3220-610 | N/A | 255.41 | 255.41 | 255.41 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 11.65 | 11.65 | 11.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 22,330.33 | 22,330.33 | 22,330.33 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for Target | 7100-000 | 900.00 | 859.08 | 859.08 | 67.96 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 2,100.00 | 1,965.69 | 1,965.69 | 155.47 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 5,100.00 | 5,081.13 | 5,081.13 | 401.88 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 10,112.00 | 9,949.02 | 9,949.02 | 786.89 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 5,300.00 | 5,261.21 | 5,261.21 | 416.12 |
| 6 | Capital Recovery III LLC | 7100-000 | 1,100.00 | 1,056.04 | 1,056.04 | 83.52 |
| 7 | GE Money Bank | 7100-000 | 700.00 | 618.71 | 618.71 | 48.93 |
| 8 | Cavalry Portfolio Services, LLC | 7100-000 | 11,700.00 | 14,349.07 | 14,349.07 | 1,134.89 |
| NOTFILED | Macy's | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | MacNeal Hospital | 7100-000 | 200.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | HSBC | 7100-000 | 9,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Metropolitan Advanced Rad. Svc c/o Merchants Credit | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 2,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Wffnatbank | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/Roomplace | 7100-000 | 367.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/CBSD | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Trace Ambulance Service c/oCollection Co. of America | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 2,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears | 7100-000 | 5,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 9,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Company OF | 7100-000 | 710.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 6,328.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMB/SAMS CLUB | 7100-000 | 1,265.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 81,482.00 | 39,139.95 | 39,139.95 | 3,095.66 |

Page: 1

## Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-43897  
**Case Name:** AVILA, PEDRO  
  AVILA, SONIA A  
**Period Ending:** 09/15/11

**Trustee:**  (330360)  GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 11/19/09 (f)  
**§341(a) Meeting Date:** 01/05/10  
**Claims Bar Date:** 11/19/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 60638 (Debtor's Residence)<br>  Orig. Asset Memo: 60638 (Debtor's Residence); Orig. Description: 60638 (Debtor's Residence); Imported from original petition Doc# 1 | 242,605.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account with MB Financial.<br>  Orig. Asset Memo: Checking account with MB Financial.; Orig. Description: Checking account with MB Financial.; Imported from Amended Doc#: 13 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 3 | Household goods; TV, VCR, stereo, sofa, vacuum,<br>  Orig. Asset Memo: Household goods; TV, VCR, stereo, sofa, vacuum, table, chairs, lamps, TV Stand, bedroom set, refrigerator, microwave, pots/pans, dishes/flatware; Orig. Description: Household goods; TV, VCR, stereo, sofa, vacuum, table, chairs, lamps, TV Stand, bedroom set, refrigerator, microwave, pots/pans, dishes/flatware; Imported from Amended Doc#: 13 | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Books, Compact Discs, Tapes/Records, Family Pict<br>  Orig. Asset Memo: Books, Compact Discs, Tapes/Records, Family Pictures; Orig. Description: Books, Compact Discs, Tapes/Records, Family Pictures; Imported from Amended Doc#: 13 | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary wearing apparel.<br>  Orig. Asset Memo: Necessary wearing apparel.; Orig. Description: Necessary wearing apparel.; Imported from Amended Doc#: 13 | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Earrings, watch, costume jewelry<br>  Orig. Asset Memo: Earrings, watch, costume jewelry; Orig. Description: Earrings, watch, costume jewelry; Imported from Amended Doc#: 13 | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Pension w/ Employer/Former Employer - 100% Exemp<br>  Orig. Asset Memo: Pension w/ Employer/Former Employer - 100% Exempt.; Orig. Description: Pension w/ Employer/Former Employer - 100% Exempt.; Imported from Amended Doc#: 13 | 6,000.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-43897  
**Case Name:** AVILA, PEDRO  
               AVILA, SONIA A  
**Period Ending:** 09/15/11

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 11/19/09 (f)  
**§341(a) Meeting Date:** 01/05/10  
**Claims Bar Date:** 11/19/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 8 | 2003 Honda Element with 100k miles.<br>Orig. Asset Memo: 2003 Honda Element with 100k miles.; Orig. Description: 2003 Honda Element with 100k miles.; Imported from Amended Doc#: 13 | 3,575.00 | 1,175.00 | | 0.00 | FA |
| 9 | 1995 Nissan Pathfinder with 165k miles.<br>Orig. Asset Memo: 1995 Nissan Pathfinder with 165k miles.; Orig. Description: 1995 Nissan Pathfinder with 165k miles.; Imported from Amended Doc#: 13 | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Personal injury lawsuit<br>Orig. Asset Memo: Orig. Description: Debtor has personal injury lawsuit pending. PI Attorney is Loren B. Siegel & Associates, 200 N LaSalle Street,, Suite 2675, Chicago, IL 60601 (312) 236-7555; Imported from Amended Doc#: 13 | Unknown | 0.00 | | 45,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.81 | FA |
| 11 | Assets Totals (Excluding unknown values) | $255,130.00 | $1,175.00 | | $45,000.81 | $0.00 |

**Major Activities Affecting Case Closing:**

     05/2011: TFR filed, Distr to be made after hearing by Court.

**Initial Projected Date Of Final Report (TFR):** February 28, 2011     **Current Projected Date Of Final Report (TFR):** March 22, 2011 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-43897 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | AVILA, PEDRO | | Bank Name: | The Bank of New York Mellon |
| | AVILA, SONIA A | | Account: | 9200-******37-65 - Money Market Account |
| Taxpayer ID #: | **-***3770 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/15/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/02/10 | {10} | State Farm Mutual Automobile Insurance Company | Personal injury settlement proceeds | 1129-000 | 45,000.00 | | 45,000.00 |
| 09/13/10 | | To Account #9200******3766 | Transfer of Funds to Checking Account | 9999-000 | | 35,000.00 | 10,000.00 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.18 | | 10,000.18 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,000.26 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,000.34 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,000.42 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,000.50 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 10,000.57 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,000.65 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,000.73 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,000.81 |
| 06/01/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 10,000.81 |
| 06/01/11 | | To Account #9200******3766 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 10,000.81 | 0.00 |
| | | | ACCOUNT TOTALS | | 45,000.81 | 45,000.81 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 45,000.81 | |
| | | | Subtotal | | 45,000.81 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $45,000.81 | $0.00 | |

{} Asset reference(s)    Printed: 09/15/2011 09:13 AM    V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-43897 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | AVILA, PEDRO | | Bank Name: | The Bank of New York Mellon |
| | AVILA, SONIA A | | Account: | 9200-******37-66 - Checking Account |
| Taxpayer ID #: | **-***3770 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/15/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/13/10 | | From Account #9200******3765 | Transfer of Funds to Checking Account | 9999-000 | 35,000.00 | | 35,000.00 |
| 09/13/10 | 101 | Loren B. Siegel & Associates LLC | Special Counsel Fees | 3210-600 | | 15,000.00 | 20,000.00 |
| 09/13/10 | 102 | Loren B. Siegel & Associates LLC | Special Counsel Expenses | 3220-610 | | 255.41 | 19,744.59 |
| 09/13/10 | 103 | SeaBright Insurance Company | Worker's Comp Subrogation Lien | 4210-000 | | 3,239.09 | 16,505.50 |
| 09/13/10 | 104 | Pedro Avila | Personal Injury Exemption | 8100-002 | | 15,000.00 | 1,505.50 |
| 09/14/10 | 105 | Laborer's Health and Welfare Fund | Payment of Lien Claim | 4210-000 | | 1,335.73 | 169.77 |
| 02/28/11 | 106 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #09-43897 Blanket Bond Payment Bond #016026455 | 2300-000 | | ! 11.65 | 158.12 |
| 06/01/11 | | From Account #9200******3765 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 10,000.81 | | 10,158.93 |
| 06/01/11 | 107 | GLENN R. HEYMAN | Dividend paid 100.00% on $3,750.06, Trustee Compensation; Reference: | 2100-000 | | 3,750.06 | 6,408.87 |
| 06/01/11 | 108 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $3,249.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,249.50 | 3,159.37 |
| 06/01/11 | 109 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $63.71, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 63.71 | 3,095.66 |
| 06/01/11 | 110 | American Infosource Lp As Agent for Target | Dividend paid 7.90% on $859.08; Claim# 1; Filed: $859.08; Reference: | 7100-000 | | 67.96 | 3,027.70 |
| 06/01/11 | 111 | Chase Bank USA, N.A. | Dividend paid 7.90% on $1,965.69; Claim# 2; Filed: $1,965.69; Reference: | 7100-000 | | 155.47 | 2,872.23 |
| 06/01/11 | 112 | Chase Bank USA, N.A. | Dividend paid 7.90% on $5,081.13; Claim# 3; Filed: $5,081.13; Reference: | 7100-000 | | 401.88 | 2,470.35 |
| 06/01/11 | 113 | Chase Bank USA, N.A. | Dividend paid 7.90% on $9,949.02; Claim# 4; Filed: $9,949.02; Reference: | 7100-000 | | 786.89 | 1,683.46 |
| 06/01/11 | 114 | Chase Bank USA, N.A. | Dividend paid 7.90% on $5,261.21; Claim# 5; Filed: $5,261.21; Reference: | 7100-000 | | 416.12 | 1,267.34 |
| 06/01/11 | 115 | Capital Recovery III LLC | Dividend paid 7.90% on $1,056.04; Claim# 6; Filed: $1,056.04; Reference: | 7100-000 | | 83.52 | 1,183.82 |
| 06/01/11 | 116 | GE Money Bank | Dividend paid 7.90% on $618.71; Claim# 7; Filed: $618.71; Reference: | 7100-000 | | 48.93 | 1,134.89 |
| 06/01/11 | 117 | Cavalry Portfolio Services, LLC | Dividend paid 7.90% on $14,349.07; Claim# 8; Filed: $14,349.07; Reference: | 7100-000 | | 1,134.89 | 0.00 |

Subtotals :     $45,000.81     $45,000.81

{} Asset reference(s)          !-Not printed or not transmitted          Printed: 09/15/2011 09:13 AM     V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-43897 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | AVILA, PEDRO | | Bank Name: | The Bank of New York Mellon |
| | AVILA, SONIA A | | Account: | 9200-******37-66 - Checking Account |
| **Taxpayer ID #:** | **-***3770 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| **Period Ending:** | 09/15/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 45,000.81 | 45,000.81 | $0.00 |
| | | | Less: Bank Transfers | | 45,000.81 | 0.00 | |
| | | | Subtotal | | 0.00 | 45,000.81 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $30,000.81 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******37-65** | 45,000.81 | 0.00 | 0.00 |
| **Checking # 9200-******37-66** | 0.00 | 30,000.81 | 0.00 |
| | $45,000.81 | $30,000.81 | $0.00 |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 09/15/2011 09:13 AM    V.12.57